NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000075
15-MAY-2015
09:59 AM**

NO. CAAP-15-0000075

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAMMI MA, Plaintiff-Appellant, v.
KEVIN SILANG MA, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 13-1-1855)

ORDER APPROVING THE MAY 4, 2015 STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed May 4, 2015, by Plaintiff-Appellant Cammi Ma, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal was docketed May 4, 2015; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi, May 15, 2015.

Presiding Judge

Associate Judge

Associate Judge